IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,** : :  :  : **Plaintiff** : : v. : : **MEDSTAFFERS LLC and KRISTA KREBS,** : : : **Defendants** : | **CIVIL ACTION NO. 1:21-CV-1730**  (Judge Conner) |

## ORDER

AND NOW, this 24th day of November, 2021, upon consideration of plaintiff's motion (Doc. 3) for preliminary injunction, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 3) is DENIED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania